IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| EUGENE BIRD, | * |
| Plaintiff, | * |
| v. | *  CV 114-068 |
| WAL-MART STORES EAST, LP, | * |
| Defendant. | * |

**O R D E R**

On January 23, 2015, the parties to this diversity suit filed a motion for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a). (Doc. no. 16.) The parties inform the Court that all matters in controversy have been resolved. Accordingly, the motion is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of January, 2015.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia